UNITED STATES HAT COMPANY OF NEW YORK, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Submitted March 1, 1937; decided March 9, 1937.

*Einar B. Paust* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant files and serves record and undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.